IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL THOMAS STEWART, JR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-2374 |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 6th day of July, 2016, for the reasons set forth in the memorandum opinion separately filed on this date, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE**; and

2. The clerk of court shall **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.